AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

Northern District of Oklahoma

| | | |
|---|---|---|
| (1) Maria Del Rosario Chico Vietti, et al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.    21-CV-58-JFH-CDL |
| (1) Welsh & McGough, PLLC, et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:      The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

 (1) Welsh & McGough, PLLC and (2) Catherine Welsh                                                      .

Date:      02/23/2021                                            /s/Bradley W. Welsh
                                                                          *Attorney's signature*

                                                             Bradley W .Welsh, OBA #18488
                                                             *Printed name and bar number*

                                                             Gable & Gotwals
                                                             1100 ONEOK Plaza
                                                             100 West Fifth Street
                                                             Tulsa, OK  74103
                                                             *Address*

                                                             bwelsh@gablelaw.com
                                                             *E-mail address*

                                                             (918) 595-4800
                                                             *Telephone number*

                                                             (918) 595-4990
                                                             *FAX number*

**CERTIFICATE OF SERVICE**

On February 23, 2021, I electronically transmitted the attached document to the Clerk of Court for filing.  Based on the records currently on file, the Clerk of Court will transmit a Notice of Electronic Filing to the following ECF registrants:

Donald E. Smolen, II
Laura Hamilton
Dustin Vanderhoof

   /s/Bradley W. Welsh

{2290474;}