# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OKLAHOMA

MARIA DEL ROSARIO CHICO VIETTI, et al.,

                              Plaintiff,

vs.                                            Case No.: 21-CV-58-JFH-CDL

WELSH & MCGOUGH, PLLC, et al.,               **DISCLOSURE STATEMENT**

                              Defendant.

Pursuant to Fed.R.Civ.P. 7.1, which states:

    A nongovernmental corporate party to an action or proceeding in a district court must file a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation.

Welsh & McGough, PLLC

who is a (check one)    ☐ PLAINTIFF    ☒ DEFENDANT    in this action, makes the following disclosure:

1. **Is party a publicly held corporation or other publicly held entity?**

    (Check one)    ☐ YES    ☒ NO

2. **Does party have any parent corporations?**

    (Check one)    ☐ YES    ☒ NO

    If YES, identify all parent corporations, including grandparent and great-grandparent corporations:

3. **Is 10% or more of the stock of party owned by a publicly held corporation or other publicly held entity?**

    (Check one)    ☐ YES    ☒ NO

    If YES, identify all such owners:

4.  **Is there any other publicly held corporation or other publicly held entity that has a direct financial interest in the outcome of the litigation?**

    (Check one)   ☐ YES   ☒ NO

    If YES, identify entity and nature of interest:

5.  **Is party a trade association?**

    (Check one)   ☐ YES   ☒ NO

    If YES, identify all members of the association, their parent corporations, and any publicly held companies that own 10% or more of a member's stock:

**DATED** this  23rd  day of  February , 20 21 .

|  |  |
|---:|:---|
| Signature: | /s/Bradley W. Welsh |
| Printed Name: | Bradley W. Welsh |
| Bar Number: | 18488 |
| Firm Name: | Gable & Gotwals |
| Address: | 1100 ONEOK Plaza; 100 West Fifth Street |
| City, State, Zip Code: | Tulsa, OK   74103 |
| Phone/Fax: | 918-595-4800 |
|  | 918-595-4990 |
| Email Address: | bwelsh@gablelaw.com |

## CERTIFICATE OF SERVICE

I hereby certify that on _____February 23, 2021_____, I electronically transmitted the foregoing document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants (names only are sufficient):

    Donald E. Smolen, II
    Laura Hamilton
    Dustin Vanderhoof

I hereby certify that on _____ (Date), I served the same document by

    ☐ U.S. Postal Service    ☐ In Person Delivery

    ☐ Courier Service    ☐ E-Mail

on the following, who are not registered participants of the ECF system:

Name(s) and Address(es):

    /s/Bradley W. Welsh
    Signature