AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Northern District of Oklahoma

| | |
|---|---|
| (1) Maria Del Rosario Chico Vietti, et al.<br>*Plaintiff*<br>v.<br>(1) Welsh & McGough, PLLC, et al.<br>*Defendant* | Case No. 21-CV-58-JFH-CDL |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

(1) Welsh & McGough, PLLC and (2) Catherine Welsh.

Date: 02/23/2021

/s/Todd G. Tucker
*Attorney's signature*

Todd G. Tucker, OBA #15469
*Printed name and bar number*

Welsh & McGough, PLLC
2727 East 21st Street #600
Tulsa, OK 74114
*Address*

todd@tulsafirm.com
*E-mail address*

(918) 585-8600
*Telephone number*

(918) 794-4411
*FAX number*

## **CERTIFICATE OF SERVICE**

      On February 23, 2021, I electronically transmitted the attached document to the Clerk of Court for filing.  Based on the records currently on file, the Clerk of Court will transmit a Notice of Electronic Filing to the following ECF registrants:

    Donald E. Smolen, II
    Laura Hamilton
    Dustin Vanderhoof

                                           /s/Todd G. Tucker

{2290557;}