AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
для the

Northern District of Oklahoma

| | |
|---|---|
| (1) MARIA DEL ROSARIO CHICO VIETTI, et al. ) | |
| *Plaintiff* ) | |
| v. ) | Civil Action No. 21-cv-00058-CVE-CDL |
| (1) WELSH & MCGOUGH, PLLC, et al. ) | |
| *Defendant* ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   WELSH & MCGOUGH, PLLC
2727 E. 21st St., Ste. 600
Tulsa, OK 74114

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Donald E. Smloen, II, OBA #19944
Laura L. Hamilton, OBA #22619
Dustin Vanderhoof, OBA #21368
611 S. Detroit Ave.
Tulsa, OK 74120

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Mark C. McCartt
CLERK OF COURT

Date: 2/16/2021

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 21-CV-00058-CVE-CDL

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* <u>WELSH & MCGOUGH, PLLC</u> was received by me on *(date)* <u>February 19, 2021.</u>

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* <u>DYLAN WALKER, AUTHORIZED AGENT</u>, who is designated by law to accept service of process on behalf of *(name of organization)* <u>WELSH & MCGOUGH, PLLC</u> on *(date)* <u>Mon, Feb 22 2021 @ 10:01am</u> ; or

☐ I returned the summons unexecuted because: _____ ; or

☐ Other: _____ ; or

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

I declare under penalty of perjury that this information is true.

Date: February 22, 2021

*Server's signature*

Delmer Cook PSS-20-1

*Printed name and title*

West Way LLC
711 Manvel Avenue
Chandler, OK 74834

*Server's address*

Additional information regarding attempted service, etc.: