**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| MARIA DEL ROSARIO CHICO VIETTI, ) | |
| Individually and as Parent and Next Friend of ) | |
| A.R.V., P.F.V., and H.S.V, minor children, ) | |
| ) | Case No. 21-CV-58-JFH-CDL |
| Plaintiffs, ) | |
| ) | |
| vs. ) | |
| ) | |
| WELSH & MCGOUGH, PLLC, an Oklahoma ) | |
| Professional Limited Liability Corporation; ) | |
| CATHERINE WELSH, an Individual, and ) | |
| JAIME VOGT, LPC, an Individual, ) | |
| ) | |
| Defendants. ) | |

## ENTRY OF APPEARANCE

Paige N. Shelton of the firm of Conner & Winters, LLP enters her appearance as counsel

of record for Defendant Jaime Vogt in the above styled and numbered action.

Respectfully Submitted,

s/ Paige N. Shelton
Paige N. Shelton, OBA #20330
CONNER & WINTERS, LLP
4100 First Place Tower
15 E. 5th St.
Tulsa, OK 74103
918-586-8558
*pshelton@cwlaw.com*

*Attorneys for Defendant Jaime Vogt*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on March 15, 2021, I electronically transmitted the foregoing document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

Donald E. Smolen, II
Laura Hamilton
Dustin Vanderhoof

*Attorneys for Plaintiffs*

Todd G. Tucker
Bradley W. Welsh

*Attorneys for Welsh & McGough, PLLC and Catherine Welsh*

<u>s/ Paige N. Shelton</u>
Paige N. Shelton
