IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| MARIA DEL ROSARIO CHICO VIETTI, Individually and as Parent and Next Friend of A.R.V., P.F.V., and H.S.V, minor children,<br><br>Plaintiffs,<br><br>vs.<br><br>WELSH & MCGOUGH, PLLC, an Oklahoma Professional Limited Liability Corporation; CATHERINE WELSH, an Individual, and JAIME VOGT, LPC, an Individual,<br><br>Defendants. | Case No. 21-CV-58-JFH-CDL |

## ENTRY OF APPEARANCE

Robert D. James of the firm of Conner & Winters, LLP enters his appearance as counsel of record for Defendant Jaime Vogt in the above styled and numbered action.

Respectfully Submitted,

s/ Robert D. James
Robert D. James, OBA #16667
CONNER & WINTERS, LLP
4100 First Place Tower
15 E. 5th St.
Tulsa, OK 74103
918-586-8517
*rob.james@cwlaw.com*

*Attorneys for Defendant Jaime Vogt*

## CERTIFICATE OF SERVICE

    I hereby certify that on March 15, 2021, I electronically transmitted the foregoing document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

Donald E. Smolen, II
Laura Hamilton
Dustin Vanderhoof

*Attorneys for Plaintiffs*

Todd G. Tucker
Bradley W. Welsh

*Attorneys for Welsh & McGough, PLLC and Catherine Welsh*

                                       s/ Robert D. James
                                       Robert D. James