IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| (1) MARIA DEL ROSARIO CHICO VIETTI, Individually and as Parent and Next Friend of A.R.V., P.F.V. and H.S.V., minor children,<br><br>Plaintiff,<br><br>v.<br><br>(1) WELSH & MCGOUGH, PLLC, an, Oklahoma Professional Limited Liability Corporation;<br>(2) CATHERINE WELSH, an individual, and<br>(3) JAIME VOGT, LPC, an individual,<br><br>Defendants. | No. 21-CV-58-JFH-CDL |

## NOTICE OF CHANGE OF ADDRESS

Bradley W. Welsh, counsel for Defendants, Welsh & McGough, PLLC and Catherine Welsh, hereby provides his new contact information and requests that any and all future correspondence and pleadings be directed to him at the address below:

**EFFECTIVE APRIL 12, 2021**

GABLE & GOTWALS
110 North Elgin Avenue, Suite 200
Tulsa, OK 74120

/s/Bradley W. Welsh
Bradley W. Welsh, OBA #18488
**GABLE & GOTWALS**
1100 ONEOK Plaza
100 W. Fifth Street
Tulsa, OK  74103-4217
(918) 595-4800
(918) 595-4990 (fax)
*bwelsh@gablelaw.com*

*Attorneys for Defendants,*
*Welsh & McGough, PLLC and*
*Catherine Welsh*

{2305061;}

## CERTIFICATE OF SERVICE

  On April 6, 2021, I electronically transmitted the attached document to the Clerk of Court for filing. Based on the records currently on file, the Clerk of Court will transmit a Notice of Electronic Filing to the following ECF registrants:

Donald E. Smolen, II
Laura Hamilton
Dustin Vanderhoof
Robert D. James
Paige N. Shelton
Todd G. Tucker

                */s/Bradley W. Welsh*
                Bradley W. Welsh